# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-5224** | **September Term, 2014** |
| | 1:10-cv-01861-BJR |
| | Filed On: February 20, 2015 |

Walter J. Jackson, Jr.,

    Appellant

    v.

Raymond Edwin Mabus, Jr., Secretary of the
Navy and Chairman of the Board For
Correction of Naval Records,

    Appellees

**BEFORE:** Henderson, Srinivasan, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; and the motion for summary reversal, the opposition thereto, and the reply, it is

**ORDERED** that the motions for summary disposition be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**